JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case 5:18-CV-01984-VAP-SHK |
| Plaintiff, | ~~Proposed~~ Judgment Re: Default Judgment |
| v. | |
| **Elaine Holzer**; **Francisco Alfajora**; **Big Bear Valley Hummingbird Project, Inc**., a California Nonprofit Corporation; and Does 1-10, | |
| Defendants. | |

Following the Court's ruling on May 13, 2019, the Court grants JUDGMENT in favor of plaintiff Samuel Love and against defendants Elaine Holzer, Francisco Alfajora, and Big Bear Valley Hummingbird Project, Inc., in the amount of $4000 in statutory damages, $2732.5 in attorneys' fees, and $595 in costs –totaling $7327.5.

Dated: July 22, 2019        By: _/s/ Virginia A. Phillips_
                                             Hon. VIRGINIA A. PHILLIPS
                                             Chief United States District Judge

1

JUDGMENT                                              5:18-CV-01984-VAP-SHK